UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JEREIS HATTAR,   No.09Civ.4642(VLB)

                Plaintiff   *ECF CASE*

-against-

POLICE OFFICER ANTHONY V. CARELLI,   **NOTICE OF MOTION IN LIMINE**

                Defendant.

-----------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed:

1. Affirmation of Joseph A. Maria, Esq., affirmed on the 15th day of May, 2013;

2. True and accurate copy of publications/articles with Index; **Exhibit "A"**;

the undersigned will move this Court before Honorable Vincent L. Briccetti at 300 Quarropas Street, White Plains, New York for an Order pursuant to Federal Rules of Civil Procedure granting Defendant POLICE OFFICER ANTHONY V. CARELLI's Motion in Limine directing that the Plaintiff be precluded from stating, alluding to or referencing any subsequent issues involving Police Officer Anthony V. Carelli.

Dated: White Plains, New York
       May 15, 2013

                                Yours, etc.

                                JOSEPH A. MARIA, P.C.
                                By: _____
                                JOSEPH A. MARIA, ESQ. (JM0209)
                                POLICE OFFICER ANTHONY V. CARELLI,
                                301 Old Tarrytown Road
                                White Plains, New York 10603
                                (914) 684-0333
                                File No. 33-0799(dj)