UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JEREIS HATTAR,                                          :
             Plaintiff,                      :
                                 :          **ORDER**

v.                                                      :
                                 :          11 CV 4642 (VB)

POLICE OFFICER ANTHONY V.                               :
CARELLI,                                                :
             Defendant.                    :
-------------------------------------------------------------------x

        After consultation with counsel at a pretrial conference held on June 3, 2013, it is hereby

ORDERED:

        Plaintiff having made no objection, defendants' motion in limine is GRANTED.
(Doc. #83).

        The Clerk is instructed to terminate the pending motion.  (Doc. # 83.)

Dated: June 3, 2013
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-3-13